**FILED**

Jul 18 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ mariar   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '19 CR2738 AJB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| PRISCILLA GONZALEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about June 18, 2019, within the Southern District of California, defendant, PRISCILLA GONZALEZ, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 36.90 kilograms (81.35 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/18/19 .

ROBERT S. BREWER, JR.
United States Attorney

ANDREW L. LIAO
Assistant U.S. Attorney

ALL:sc:7/8/2019